JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondent, *v.* SAM ROBERTS, Individually and Doing Business under the Name of FRIENDLY ADJUST-MENT SERVICE, Appellant.

Submitted February 24, 1942; decided March 5. 1942.

*Sam Roberts*, in person, for motion.

*John J. Bennett, Jr., Attorney-General*, opposed.

Motion denied upon the ground that it does not appear that the orders appealed from are appealable to this court without permission.